UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEANDRE D. HARRIS,<br>    Petitioner,<br>v.<br>CALVIN JOHNSON, *et al.*,<br>    Respondents. | Case No. 2:22-cv-00661-ART-NJK<br><br>ORDER |

This case is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by DeAndre D. Harris, an individual incarcerated at Nevada's High Desert State Prison. On April 21, 2022, Harris submitted to the Court a habeas corpus petition (ECF No. 1-1), along with an application to proceed in forma pauperis (ECF No. 1).

The application to proceed in forma pauperis is incomplete because it does not include the required financial certificate signed by a prison officer. *See* LSR 1-2. The Court observes that Harris recently attempted to initiate a habeas case which was dismissed for the same reason in Case No. 2:21-cv-02258-GMN-BNW. As in that case, the Court again informs Harris of the requirement that an application to proceed in forma pauperis must include a financial certificate signed by a prison officer.

The Court will deny Harris's application to proceed in forma pauperis on the ground that the application is incomplete. If Harris wishes to pursue this federal habeas corpus action, he must within 60 days either pay the $5 filing

fee or file a fully completed application to proceed in forma pauperis, including the required financial certificate signed by a prison officer.

**IT IS THEREFORE ORDERED** that Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED** with leave to refile it within 60 days of this Order.

DATED THIS 12th day of MAY 2022.

_____
ANNE R. TRAUM,
UNITED STATES DISTRICT JUDGE