UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DeANDRE D. HARRIS,<br><br>                    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>                    Respondents. | Case No. 2:22-cv-00661-ART-NJK<br><br>ORDER |

        This habeas corpus action, pursuant to 28 U.S.C. § 2254, was initiated pro se on April 21, 2022, by DeAndre D. Harris, who is incarcerated at Nevada's High Desert State Prison. Harris paid the filing fee on June 24, 2022 (ECF No. 6).

        The Court has determined that appointment of counsel may be in the interests of justice. *See* 18 U.S.C. § 3006A; see also Rule 8(c), Rules Governing § 2254 Cases; *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). The Court observes, however, that Harris has not filed a motion for appointment of counsel, and that, therefore, it may be that he does not wish for counsel to be appointed. The Court will grant Harris 45 days to file a motion for appointment of counsel if he wishes. If Harris does not file a motion for appointment of counsel within 45 days, the Court will proceed with the screening of the pro se petition and appropriate proceedings beyond that.

        It is therefore ordered that Petitioner will have 45 days from the date of this order to file a motion requesting appointment of counsel, if he wishes for counsel to be appointed.

        DATED THIS 15th day of July 2022.

                                                      ANNE R. TRAUM
                                                    UNITED STATES DISTRICT JUDGE