UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DeANDRE D. HARRIS, | Case No. 2:22-cv-00661-ART-NJK |
| Petitioner, | ORDER |
| v. | |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Petitioner DeAndre D. Harris, represented by appointed counsel, was due to file an amended habeas petition by November 28, 2022. (*See* ECF No. 13.) On November 28, 2022, Harris filed a motion for extension of time (ECF No. 15), requesting an extension of 60 days, to January 27, 2023. Harris's counsel explains that the extension of time is necessary because of the time required to investigate this case and because of her obligations in other cases. Harris's counsel represents that Respondents do not oppose the extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///
///
///
///
///
///
///
///

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 15) is granted. Petitioner will have until and including January 27, 2023, to file his amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered August 30, 2022 (ECF No. 13) will remain in effect.

DATED THIS 30th day of November, 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE