UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DeANDRE D. HARRIS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:22-cv-00661-ART-NJK<br><br>ORDER |

　　　In this habeas corpus action, after a 90-day initial period, a 60-day extension of time, and a 90-day extension of time, Petitioner DeAndre D. Harris, represented by appointed counsel, was due to file an amended habeas petition by April 27, 2023. (*See* ECF Nos. 13, 16, 18.) On April 25, 2023, Harris filed a motion for extension of time (ECF No. 19), requesting a further 90-day extension of time, to July 26, 2023. Harris's counsel states that this extension of time is necessary because her investigation of the case is ongoing, and she has been busy with obligations in other cases. Harris's counsel represents that Respondents do not oppose the extension of time.

　　　The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///
///
///
///
///
///
///

1

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 19) is granted. Petitioner will have until and including July 26, 2023, to file his amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered August 30, 2022 (ECF No. 13) will remain in effect.

DATED THIS 28th day of April, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE