1

2 UNITED STATES DISTRICT COURT

3 DISTRICT OF NEVADA

4 DeANDRE D. HARRIS, | Case No. 2:22-cv-00661-ART-NJK

5 Petitioner, | ORDER

6 v.

7 BRIAN WILLIAMS, *et al.*,

8 Respondents.

9

10      In this habeas corpus action, after a 90-day initial period, a 60-day

11 extension, and two 90-day extensions, Petitioner DeAndre D. Harris, represented

12 by appointed counsel, was due to file an amended habeas petition by July 26,

13 2023. (*See* ECF Nos. 13, 16, 18, 20.) On July 25, 2023, Harris filed a motion for

14 extension of time (ECF No. 21), requesting a further 90-day extension of time, to

15 October 24, 2023. Harris's counsel states that this extension of time is necessary

16 because her investigation of the case is ongoing, and she has been busy with

17 obligations in other cases. Harris's counsel represents that Respondents do not

18 oppose the extension of time.

19      The Court finds that the motion for extension of time is made in good faith

20 and not solely for the purpose of delay, and that there is good cause for the

21 requested extension of time.

22      It is therefore ordered that Petitioner's Motion for Extension of Time (ECF

23 No. 21) is granted. Petitioner will have until and including October 24, 2023, to

24 file his amended habeas petition. In all other respects, the schedule for further

25 proceedings set forth in the order entered August 30, 2022 (ECF No. 13) will

26 remain in effect.

27 ///

28 ///

1        It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d),

2  Brian Williams is substituted for Calvin Johnson as the respondent warden. The

3  Clerk of the Court is directed to update the docket to reflect this change.

4

5        DATED THIS 28th day of July, 2023.

6

7                            ANNE R. TRAUM

8                            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28