1

2

UNITED STATES DISTRICT COURT

3

DISTRICT OF NEVADA

4

DeANDRE D. HARRIS,

Case No. 2:22-cv-00661-ART-NJK

5

Petitioner,

ORDER

6

v.

7

JEREMY BEAN, *et al.*,

8

Respondents.

9

10          In this habeas corpus action, Petitioner DeAndre D. Harris, represented by

11   appointed counsel, filed an amended habeas petition on October 23, 2023. (ECF

12   No. 23.) The respondents were then due to file a response to the amended petition

13   by December 22, 2023. (*See* ECF No. 13 (60 days for response to amended

14   petition).)

15          On December 18, 2023, Respondents filed a Motion to Seal (ECF No. 24),

16   requesting that "this case" be sealed. Respondents state in the motion that

17   witnesses to the crimes at issue in this case were minors at the time of the crimes,

18   and that their names appear throughout the state court record. Respondents

19   state that Harris's case was sealed in his criminal case in the trial court and in

20   his state post-conviction action, but not on his direct appeal. Respondents state

21   that it would take a great deal of time to file the state court record with redactions,

22   so they argue that this case should be sealed in its entirety. Respondents do not

23   make clear whether they request that all further proceedings in this case be

24   conducted under seal, or whether they request only that the entire state court

25   record be filed under seal. At any rate, Harris's response to the Motion to Seal

26   will be due January 2, 2024, and Respondents will have seven days to file a reply.

27   *See* LR 7-2(b).

28

On December 18, 2023, Respondents also filed a motion for extension of time (ECF No. 25), requesting that the time for them to respond to Harris's amended petition be extended to a date after the resolution of the Motion to Seal. Respondents ask that the extension be to 14 days after the resolution of the Motion to Seal if that motion is granted, or to 90 days after the resolution of that motion if it is denied. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. The Court will grant Respondents' motion for extension of time and will suspend Respondents' response to the amended petition; a deadline for the response to the amended petition will be set when the Motion to Seal is resolved.

It is therefore ordered that Respondents' Motion for Extension of Time (ECF No. 25) is granted. Respondents' response to the amended petition for writ of habeas corpus is suspended pending resolution of the Motion to Seal (ECF No. 24). The Court will set a deadline for Respondents' response to the amended petition when the Motion to Seal is resolved.

It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), Jeremy Bean is substituted for Brian Williams as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 20th day of December 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2