1

2                          UNITED STATES DISTRICT COURT

3                                  DISTRICT OF NEVADA

4      DeANDRE D. HARRIS,                      Case No. 2:22-cv-00661-ART-NJK

5                           Petitioner,              ORDER

6          v.

7      JEREMY BEAN, *et al.*,

8                          Respondents.

9

10          In this habeas corpus action, the respondents were due on May 23, 2024,

11    to file a response to DeAndre D. Harris's amended petition for writ of habeas

12    corpus. (*See* ECF Nos. 13, 28.) On May 23, Respondents filed a motion for

13    extension of time (ECF No. 30), requesting a five-day extension, to May 28. On

14    May 28, Respondents filed a motion to dismiss (ECF No. 31) as contemplated in

15    their motion for extension of time. Respondents' counsel stated that the extension

16    of time was necessary because of their obligations in other cases. The Court finds

17    that the motion for extension of time was made in good faith and not solely for

18    the purpose of delay, and that there is good cause for the extension of time.

19          It is therefore ordered that Respondents' Motion for Enlargement of Time

20    (ECF No. 30) is granted. Respondents' motion to dismiss (ECF No. 31) will be

21    treated as timely filed. In all other respects, the schedule for further proceedings

22    set forth in the order entered August 30, 2022 (ECF No. 13) will remain in effect;

23    Petitioner will have until July 29, 2024, to respond to the motion to dismiss.

24

25          DATED THIS 31st day of May 2024.

26

27          _____
            ANNE R. TRAUM
28          UNITED STATES DISTRICT JUDGE

1