UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DeANDRE D. HARRIS, | Case No. 2:22-cv-00661-ART-NJK |
| Petitioner, | ORDER |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the respondents filed a motion to dismiss on May 28, 2024. ECF No. 31. The petitioner, DeAndre D. Harris, represented by appointed counsel, was due to respond to the motion to dismiss by July 29, 2024. *See* ECF Nos. 13, 32. On July 29, Harris filed a motion for extension of time (ECF No. 34), requesting a seven-day extension, to August 5. Harris's counsel states that the extension of time is necessary because of unexpected delays during recent travel. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 34) is granted. Petitioner will have until and including August 5, 2024, to file a response to Respondents' motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered August 30, 2022 (ECF No. 13) will remain in effect.

DATED THIS 30th day of July 2024.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1